# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED JANUARY 31, 2014

### NO. 03-11-00404-CV

**Canyon Vista Property Owners Association, Inc., Appellant**

**v.**

**Gerald H. Laubach, Appellee**

### APPEAL FROM 22ND DISTRICT COURT OF COMAL COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
### MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE ROSE

This is an appeal from the judgment signed by the trial court on March 24, 2011. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment but that there was error requiring correction. Therefore, the Court modifies the portion of the trial court's judgment awarding appellee Gerald H. Laubach actual damages by reducing that award to $2,100. The Court affirms the judgment as modified. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.